UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE: DEBORAH THOMPSON    )
                           )    CHAPTER 13
                           )    CASE NO. 09-50136
Debtor(s)                  )

MOTION FOR DISMISSAL

TO THE HONORABLE ROSS W. KRUMM, U.S. BANKRUPTCY JUDGE:

Comes now the Debtor(s), by counsel, and moves the Court pursuant to Bankruptcy Code §305 and Bankruptcy Code §1307(b) to dismiss the subject Chapter 13 proceeding without prejudice to the Debtors or any other party and respectfully states that such dismissal would be in the best interest of all parties concerned.

Dated: 2/10/2010

Respectfully submitted,

_____
DEBORAH THOMPSON

_____
HEIDI SHAFER
DAVID E WRIGHT
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501