**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Harrisonburg Division**

| | |
|---|---|
| **In re: Deborah Kay Thompson** | **CASE NO. 09–50136** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 2/11/10

*Ross W. Krumm*
ROSS W KRUMM, JUDGE

van02.jsp

# CERTIFICATE OF NOTICE

```
District/off: 0423-5          User: morrisl                Page 1 of 1              Date Rcvd: Feb 11, 2010
Case: 09-50136                Form ID: van02               Total Noticed: 14

The following entities were noticed by first class mail on Feb 13, 2010.
db           +Deborah Kay Thompson,    68 Woodlee Rd., Apt 9B,    Staunton, VA 24401-2205
cr           +Countrywide Home Loans Servicing, L.P.,    Samuel I. White. P.C.,    1804 Staples Mill Road,
               Richmond, VA 23230-3530
2746887       Citi Financial Mortgage,    Attention: Bankruptcy Department,    PO Box 79022 MS 322,
               St. Louis, MO 63179
2891974       Citifinancial, Inc.,   PO Box 140489,    Irving, TX 75014-0489
2746888      +Collection,    Po Box 9134,    Needham, MA 02494-9134
2746889      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    PO Box 5170,
               Simi Valley, CA 93062-5170
2746890      +Countrywide Home Lending,    c/o Samuel I. White, PC,    5040 Corporate Woods Drive, Suite 120,
               Virginia Beach, VA 23462-4377
2775575      +Countrywide Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,
               Plano, TX 75024-4100
2775578      +Countrywide Home Loans Servicing, L.P.,    Samuel I. White, P.C.,
               1804 Staples Mill Road, Suite 200,    Richmond, VA 23230-3530
2746891      +Jl Walston & Associate,    326 S Main St,    Emporia, VA 23847-2028
2746893      +Receivable Recovery Se,    110 Veterans Blvd,    Metairie, LA 70005-3027
2746894      +Valley Cred,    Pob 83,    Staunton, VA 24402-0083
2746895     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:  Wfs Financial/Wachovia Dealer Services,    PO Box 19657,
               Irvine, CA 92623)

The following entities were noticed by electronic transmission on Feb 11, 2010.
2746892      +EDI: MID8.COM Feb 11 2010 17:23:00     Midland Credit Mgmt,    8875 Aero Dr  Ste 200,
               San Diego, CA 92123-2255
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BAC Home Loans Servicing, L.P. fka Countrywide Hom
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2010**                           **Signature:**      _Joseph Speetjens_